# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID CISNEROS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 74744

**FILED**

OCT 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of conspiracy to commit murder and attempted murder. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Appellant's sole argument on appeal is that the district court erred in denying his motion to disqualify the district attorney's office. Appellant entered into a guilty plea after the district court denied his motion to disqualify. Because he expressly waived the right to appeal his judgment of conviction in the written plea agreement and did not reserve in writing the right to challenge the denial of the motion, he waived his right to raise this issue on appeal. *See* NRS 174.035(3); *see also Webb v. State*, 91 Nev. 469, 470, 538 P.2d 164, 165 (1975) (stating the entry of a guilty plea generally waives any right to appeal from events occurring prior to the entry of the plea). We therefore decline to consider this claim, and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-39998

cc: Hon. Douglas W. Herndon, District Judge
Mueller Hinds & Associates
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A